**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6161

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BRUCE WAYNE MILLER,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Richard E. Myers, II, Chief District Judge.  (7:09-cr-00001-M-2)

Submitted:  June 25, 2024                    Decided:  June 28, 2024

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bruce Wayne Miller, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Wayne Miller appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). The district court concluded that Miller failed to demonstrate extraordinary and compelling reasons for relief and that the relevant 18 U.S.C. § 3553(a) factors independently weighed against a sentence reduction. After reviewing the record and Miller's arguments on appeal, we conclude that the district court did not abuse its discretion in denying his motion for compassionate release. *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard). Accordingly, we deny Miller's motion for appointment of counsel and affirm the district court's judgment. *United States v. Miller*, No. 7:09-cr-00001-M-2 (E.D.N.C. Feb. 7, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*